Order entered November 13 , 2012

004857



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01016-CV

### VSR FINANCIAL SERVICES, INC., ET AL., Appellants

### V.

### GORDON B. MCLENDON, JR., ET AL., Appellees

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-01326**

## ORDER

The Court has before it appellant VSR Financial Services Inc.'s November 2, 2012 emergency motion for entry of order staying further discovery pending ruling on interlocutory appeal of order denying motion to compel arbitration and appellees' November 8, 2012 response to that motion. The Court **DENIES** the motion.

DOUGLAS S. LANG
JUSTICE